TROUTMAN PEPPER HAMILTON SANDERS LLP
Wynter L. Deagle, Bar No. 296501
wynter.deagle@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone:     858.509.6000
Facsimile:      858.509.6040

Attorneys for Defendant
CHICK-FIL-A, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>Defendants. | Case No.  2:21-CV-00845-TLN-JDP<br><br>**JOINT MOTION RE: ASSIGNMENT OF CASE AND WITHDRAWAL OF REQUEST FOR SANCTIONS**<br><br>**[Proposed Order filed concurrently herewith]** |

Plaintiff RONALD ORTEGA, on behalf of himself and all others similarly situated and Defendant CHICK-FIL-A, INC. (collectively, the "Parties"), by counsel, respectfully request that the Court order this action assigned to Chief District Judge Kimberly Mueller and Magistrate Judge Carolyn Delaney, the judges assigned to Case No. 2:21-cv-00839-KJM-CKD on May 10, 2021.

Chick-fil-A has no objection to the assignment of Judges Mueller and Delaney to this case. Plaintiff Ortega hereby withdraws his request for sanctions made in his Notice of Related Case filed on May 11, 2020 [ECF No. 4].

Respectfully submitted,

Dated: May 13, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Wynter L. Deagle*
Wynter L. Deagle
Attorneys for Defendant Chick-Fil-A, Inc.

Dated: May 13, 2021

KALIEL GOLD PLLC

By: */s/ Sophia Goren Gold*
Jeffrey D. Kaliel
Sophia Goren Gold
Attorneys for Plaintiff and the Proposed Class

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

115865066

- 2 -

JOINT MOTION RE: ASSIGNMENT OF CASE AND WITHDRAWAL OF REQUEST FOR SANCTIONS

**SIGNATURE CERTIFICATION**

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sophia Goren Gold, counsel for Plaintiff Ronald Ortega, on behalf of himself and all others similarly situated, and that I have obtained Ms. Goren Gold's authorization to affix her electronic signature to this document.

Dated:  May 13, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP


By: /s/ *Wynter L. Deagle*
　　Wynter L. Deagle

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy has been served on all parties who are registered with the CM/ECF service.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Wynter L Deagle*
Wynter L Deagle

Attorneys for Defendant
CHICK-FIL-A, INC.