

United States District Court
Eastern District of California

RONALD ORTEGA

Plaintiff(s)

V.

CHICK-FIL-A, INC.

Defendant(s)

Case Number: 2:21-cv-00845-KJM-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Margaret S. Mathis
_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant Chick-fil-A, Inc.
_____

On _____05/14/2019_____ (date), I was admitted to practice and presently in good standing in the
_____Supreme Court of Georgia_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ✔ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____05/26/2022_____         Signature of Applicant: /s/ Margaret S. Mathis_____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Margaret S. Mathis |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 600 Peachtree Street NE, Suite 3000 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Atlanta | State: | GA | Zip: | 30308 |

Phone Number w/Area Code: (404) 885-3105

City and State of Residence: Atlanta, Georgia

Primary E-mail Address: maggie.mathis@troutman.com

Secondary E-mail Address: katherine.keranen@troutman.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kalama M. Lui-Kwan |
| Law Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | Three Embarcadero Center, Suite 800 |

| | | | | | |
|---|---|---|---|---|---|
| City: | San Francisco | State: | CA | Zip: | 94111 |

Phone Number w/Area Code: (415) 477-5700     Bar # 242121

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: __May 31, 2022__

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



𝕾upreme 𝕮ourt
𝕾tate of 𝕲eorgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

May 25, 2022

I hereby certify that Margaret S. Mathis, Esq., was admitted on the 14th day of

May, 2019, as a member of the bar of the Supreme Court of Georgia, the highest court of

this State; and, since that date she has been and is now a member of this bar in good

standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court

hereto affixed the day and year first above written.

_____ , Clerk