# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>Defendant. | Case No. 2:21-cv-00845-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT CHICK-FIL-A, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

On August 2, 2022, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a stipulation concerning Plaintiff's pending first amended complaint, Plaintiff's potential second amended complaint, and CFA's response deadline.

Accordingly, for good cause shown, the Court hereby **ORDERS** that, no later than August 26, 2022, CFA may file either: (1) an answer to the remainder of the pending first amended complaint if Plaintiff does not amend his pleading by August 12; or (2) an answer or other response to the second amended complaint if Plaintiff amends his pleading by August 12.

**IT IS SO ORDERED**.

DATED: August 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

36559520