UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>　　　　　　Defendant. | Case No.  2:21-cv-00845-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S CORRECTED MOTION TO COMPEL** |

On August 30, 2022, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a stipulation concerning the Parties' briefing schedule for Plaintiff's forthcoming corrected motion to compel.

Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) CFA need not respond to Plaintiff's August 18, 2022 motion to compel the production of documents (Dkt. No. 56); and (2) CFA shall file an opposition to the corrected motion to compel (Dkt. No. 61) by September 13, 2022, and Plaintiff shall file his reply to CFA's opposition by September 23, 2022, in compliance with Local Rules 230(c) and (d).

The Clerk of Court shall revise the docket to reflect that Plaintiff's August 18, 2022 motion to compel (ECF No. 56) is no longer pending.

Dated:  September 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE