UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>Defendant. | Case No.  2:21-cv-00845-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT** |

On September 30, 2022, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a joint stipulation to stay proceedings to allow the Parties sufficient time to attempt to negotiate a settlement.

Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in the instant matter shall be and hereby are stayed up through and including January 20, 2023, such that any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this Order, including the deadline set forth in the Court's September 30, 2022 Order directing Plaintiff to file an unredacted Second Amended Complaint by October 7, 2022; and (2) in the event that the Parties are unable to completely resolve the claims at issue, the Parties shall

submit a joint status report no later than January 20, 2023 to propose renewed hearing dates, briefing schedules, and a request for a telephonic status conference with the Court or propose an extension of the stay if the Parties have not been able to schedule or complete mediation by January 20, 2023.

**IT IS SO ORDERED**, this 3rd day of October, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE