1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated, | Case No. 2:21-cv-00845-KJM-CKD |
| Plaintiff, | Hon. Kimberly J. Mueller |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT** |
| CHICK-FIL-A, INC., and DOES 1- 50, inclusive, | |
| Defendants. | [Joint Stipulation to Extend Stay Pending Settlement Filed Concurrently Herewith] |

        On January 13, 2023, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a joint stipulation to extend the stay of proceedings to allow the Parties sufficient time to finalize a settlement.

        Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in the instant matter shall be and hereby are stayed up through and including April 13, 2023, such that any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this

1
ORDER GRANTING STIPULATION TO EXTEND STAY PENDING SETTLEMENT

1  Order, including the deadline set forth in the Court's October 3, 2022, Order directing the Parties to

2  file a joint status report. In the event the Parties are unable to completely resolve the claims at issue,

3  the Parties shall submit a joint status report no later than April 13, 2023.

4          **IT IS SO ORDERED**, this 17th day of January, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT