1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RONALD ORTEGA, on behalf of himself and )   Case No. 2:21-cv-00845-KJM-CKD
all others similarly situated,                                )

12                                                                                )   Hon. Kimberly J. Mueller
                                              Plaintiff,      )

13        v.                                                                   )   **ORDER GRANTING THIRD JOINT**
                                                                                )   **STIPULATION TO EXTEND STAY**

14   CHICK-FIL-A, INC., and DOES 1- 50,                 )   **PENDING SETTLEMENT**
inclusive,                                                        )

15                                                                                )   [Second Joint Stipulation to Extend Stay
                                              Defendants. )   Pending Settlement Filed Concurrently

16                                                                                )   Herewith]
                                                                                )

17                                                                                )
                                                                                )

18                                                                                )
                                                                                )

19                                                                                )
                                                                                )

20   _____ )

21

22

23        On May 30, 2023, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the

24   "Parties"), by and through their respective counsel of record, filed a joint stipulation to extend the

25   stay of proceedings to allow the Parties sufficient time to finalize a settlement.

26        Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in

27   the instant matter shall be and hereby are stayed up through and including June 30, 2023, such that

28   any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this

Order, including the deadline set forth in the Court's October 3, 2022 and January 17, 2023 Orders directing the Parties to file a joint status report. In the event the Parties are unable to completely resolve the claims at issue, the Parties shall submit a joint status report no later than June 30, 2023.

**IT IS SO ORDERED**, this 1st day of June, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT