1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ORTEGA, on behalf of himself and all others similarly situated,

        Plaintiff,

        v.

CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,

        Defendants.

Case No.  2:21-cv-00845-KJM-CKD

Hon. Kimberly J. Mueller

**ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT**

[Third Joint Stipulation to Extend Stay Pending Settlement filed concurrently herewith]

On June 30, 2023, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a joint stipulation to extend the stay of proceedings to allow the Parties sufficient time to finalize a settlement.

Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in the instant matter shall be and hereby are stayed up through and including July 31, 2023, such that any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this Order, including the deadline set forth in the Court's October 3, 2022 and January 17, 2023 Orders directing the Parties to file a joint status report.  In the event the Parties are unable to completely resolve the

- 1 -                    CASE NO.  2:21-CV-00845-KJM-CKD

ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT

claims at issue, the Parties shall submit a joint status report no later than July 31, 2023.  The court does not anticipate granting any further extensions absent a detailed showing of good cause.

**IT IS SO ORDERED**, this 10th day of July, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

CASE NO.  2:21-CV-00845-KJM-CKD

ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT