UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00845-KJM-CKD<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT**<br><br>[Third Joint Stipulation to Extend Stay Pending Settlement filed concurrently herewith] |

On July 31, 2023, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a joint stipulation to extend the stay of proceedings to allow the Parties sufficient time to finalize a settlement.

Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in the instant matter shall be and hereby are stayed up through and including August 30, 2023, such that any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this Order, including the deadline set forth in the Court's October 3, 2022 and January 17, 2023 Orders directing the

Parties to file a joint status report. In the event the Parties are unable to completely resolve the claims at issue, the Parties shall submit a joint status report no later than August 30, 2023.

**IT IS SO ORDERED.**

DATED: August 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE