# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>   Defendants. | Case No.  2:21-cv-00845-KJM-CKD<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND STAY ONCE MORE PENDING SETTLEMENT** |

On August 30, 2023, Plaintiff and Defendant Chick-fil-A, Inc. ("CFA" and, with Plaintiff, the "Parties"), by and through their respective counsel of record, filed a joint stipulation to extend the stay of proceedings to allow the Parties sufficient time to finalize a settlement.

Accordingly, for good cause shown, the Court hereby **ORDERS** that: (1) the proceedings in the instant matter shall be and hereby are stayed up through and including September 29, 2023, such that any appearances shall be vacated and any pending deadlines shall be stayed as of the date of this Order, including the deadline set forth in the Court's October 3, 2022 and January 17, 2023 Orders directing the Parties to file a joint status report.  In the event the Parties are unable to completely

resolve the claims at issue, the Parties shall submit a joint status report no later than September 29, 2023. The court does not anticipate approving any further stipulations for extensions of the stay. If the matter is not resolved by September 29, 2023, the court will set a status regarding settlement to confer with the parties regarding the case.

**IT IS SO ORDERED**, this 31st day of August, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE